**Entered on Docket
March 14, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



**Signed and Filed: March 11, 2011**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**
_____

HEINZ BINDER, #87908
ROBERT G. HARRIS, #124678
WENDY W. SMITH, #133887
ROYA SHAKOORI, #236383
RYAN M. PENHALLEGON, #234787
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408)295-1700
Facsimile: (408) 295-1531
Email: heinz@bindermalter.com
Email: rob@bindermalter.com
Email: wendy@bindermalter.com
Email: roya@bindermalter.com
Email: ryan@bindermalter.com

Proposed Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>RINCON DEVELOPERS PHASE II, LLC,<br>a Delaware Limited Liability Company<br>Employer's Tax ID No.: 27-5410114<br><br>Debtor. | Case No.: 11-30926-DM<br><br>Chapter 11 |

## ORDER AUTHORIZING AND DIRECTING JOINT ADMINISTRATION OF ESTATES

The Ex Parte Motion For Order Authorizing And Directing Joint Administration Of Estates (the "Motion") of Rincon Developers Phase II, LLC ("Rincon") and Urban West Rincon Developers II, LLC ("Urban West") came before this Court on an ex parte basis. The Court, having reviewed the Motion, finding that notice of the Motion is unnecessary under the particular circumstances, and good cause appearing therefore:

IT IS HEREBY ORDERED that:

1. The Motion be, and hereby is, GRANTED;

2. The proposed captions for the jointly administered cases attached hereto as Exhibit "A" is hereby approved and all parties are hereby directed to use a caption substantially similar to Exhibit "A" for all pleadings and notices subsequently filed and served in the jointly administered cases;

3. All parties in interest and the Clerk of Court are directed to electronically file and docket all pleadings in the Debtors' cases in the case of Urban West, case number 11-30924; and

4. The Clerk's Office is directed to maintain separate claims registers for the Debtors.

**END OF ORDER**

F:\Clients\Urban West Rincon Developers II LLC\Pleading\Rincon Developers Phase II, LLC\JointAdminOrder.wpd

# COURT'S SERVICE LIST

**Proposed Debtor's Counsel**:

Binder & Malter, LLP
Attn: Roya Shakoori, Esq.
2775 Park Avenue
Santa Clara, CA 95050

**United States Trustee**:

Office of The United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-3401

1  HEINZ BINDER, #87908
   ROBERT G. HARRIS, #124678
2  WENDY W. SMITH, #133887
   ROYA SHAKOORI, #236383
3  RYAN M. PENHALLEGON, #234787
   Binder & Malter, LLP
4  2775 Park Avenue
   Santa Clara, CA 95050
5  Telephone: (408)295-1700
   Facsimile: (408) 295-1531
6  Email: heinz@bindermalter.com
   Email: rob@bindermalter.com
7  Email: wendy@bindermalter.com
   Email: roya@bindermalter.com
8  Email: ryan@bindermalter.com

Proposed Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | Jointly Administered Chapter 11 Cases |
| URBAN WEST RINCON DEVELOPERS II, LLC, a California Limited Liability Company<br>Employer's Tax ID No.: 20-3992728 | Case No.: 11-30924 |
| RINCON DEVELOPERS PHASE II, LLC, a Delaware Limited Liability Company<br>Employer's Tax ID No.: 27-5410114 | Case No.: 11-30926 |
| Debtors. | Chapter 11 |